**No. 60038.**—L. Barbier *v.* United States, protest 255987–K (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the painting here involved is entitled to free entry under paragraph 1807, the claim of the plaintiff was sustained.